William R. Fried, Esq.
HERRICK, FEINSTEIN LLP
Attorneys for Defendants
SH! Acoustics, LLC and Steve Haas
2 Park Avenue
New York, NY  10016
(212) 592-1400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

FRED DRASNER,

                Plaintiff,

    - against -

SH! ACOUSTICS, LLC and STEVE HAAS,

                Defendants.

------------------------------------------------X

: Case No.  07 CV 5970 (SHS)
:
: ECF Case
:
: **NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Herrick, Feinstein LLP hereby appears as counsel for Defendants SH! Acoustics, LLC and Steve Haas in the above-captioned action, and demands that all notices and other correspondence given or required to be given to Defendants in this case, be served upon the undersigned attorneys on Defendants' behalf, at the address set forth below.

Dated:  July 11, 2007

                                      HERRICK, FEINSTEIN LLP

                                      By _____
                                         William R. Fried
                                         2 Park Avenue
                                         New York, NY  10016
                                         (212) 592-1400

                                         *Attorneys for Defendants*
                                         *SH! Acoustics, LLC and Steve Haas*

TO:    KATTEN MUCHIN ROSENMAN LLP
         *Attorneys for Plaintiff*
         575 Madison Avenue
         New York, NY  10022
         (212) 940-8800