**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRED DRASNER,

       Plaintiff(s),                                 Index No. 07 CV 5970

  -against-                                       AFFIDAVIT OF SERVICE

SH! ACOUSTICS, LLC AND STEVE HAAS,

       Defendant(s).
-----------------------------------------------------------------X
STATE OF NEW YORK    )
                               S.S.
COUNTY OF ROCKLAND  )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 25th day of June, 2007, at approximately the time of 2:25 PM, deponent served a true copy of the SUMMONS, COMPLAINT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS, INDIVIDUAL PRACTICES OF JUDGE SIDNEY H. STEIN AND 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL upon SH! ACOUSTICS, LLC C/O RBCE Service Company at Rucci Burnham, 30 Old Kings Highway South, 2nd Floor, Darien, Connecticut 06820, by personally delivering and leaving the same with WILLIAM M. CARLLO, who informed deponent that he is an attorney authorized by SH! ACOUSTICS, LLC to receive service at that address.

        WILLIAM M. CARLLO is a white male, approximately 40 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 200 pounds with balding black hair, brown eyes and glasses.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
27th day of June, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
FRED DRASNER,                          Case No.
                                       07 CV 5970
                    Plaintiff,
                                       RIDER TO AFFIDAVIT
    -AGAINST-                          OF SERVICE

SH! ACOUSTICS, LLC AND STEVE
HAAS,

                    Defendants.
------------------------------------------------------X

LIST OF DOCUMENTS SERVED:

- SUMMONS IN A CIVIL CASE

- COMPLAINT

- INDIVIDUAL PRACTICES OF JUDGE SIDNEY H. STEIN

- INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS

- THIRD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL DATED JUNE 7, 2004

- GUIDELINES FOR ELECTRONIC CASE FILING DATED DECEMBER 1, 2003

- PROCEDURES FOR ELECTRONIC CASE FILING DATED MARCH 6, 2003

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

FRED DRASNER,

    **Plaintiff,**

V.

SH! ACOUSTICS, LLC and STEVE HAAS,

    **Defendants.**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 5970

JUDGE STEIN

TO: (Name and address of Defendant)

SH! Acoustics, LLC
10 Higgins Drive
Milford, CT 06460

Steve Haas
225A Lighthouse Avenue
Stratford, CT 06615

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert W. Gottlieb (RWG- 4147)
Steven Shiffman (SS-3630)
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York 10022

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 2 2 2007

CLERK

(By) DEPUTY CLERK

DATE