STEVENS.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07

William R. Fried, Esq. (WF 2106)
HERRICK, FEINSTEIN LLP
Attorneys for Defendants
2 Park Avenue
New York, NY 10016
(212) 592-1400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
FRED DRASNER,

        Plaintiff,

- against -

SH! ACOUSTICS, LLC and STEVE HAAS

        Defendants.
-----------------------------------------X

Index No. 07 CV 5970 (SHS)

**STIPULATION OF ADJOURNMENT**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record that Defendants' time to answer or otherwise move with respect to the complaint filed in this action is extended through and including July 23, 2007.

      **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts, a photocopy of this Stipulation is deemed an original for all purposes and facsimile signatures may be submitted to the Court in lieu of original signatures.

Dated: New York, New York
       July 10, 2007

KATTEN MUCHIN ROSENMAN LLP

By: _____
    Steven Shiffman (SS-3630)

*Attorneys for Plaintiff*
575 Madison Avenue
New York, New York 10022
(212) 940-8800

HERRICK, FEINSTEIN LLP

By: _____
    William R. Fried (WF 2106)

*Attorneys for Defendants*
2 Park Avenue
New York, New York 10016
(212) 592-1400

**SO ORDERED:** 7/11/07

_____
U.S.D.J.