HERRICK, FEINSTEIN LLP  **[Document Electronically Filed]**
2 Park Avenue
New York, New York 10016
Tel. (212) 592-1400
Fax. (212) 592-1500
William H. Fried
Orsolya Kore
Attorneys for Defendants SH ACOUSTICS, LLC and STEVE HAAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------x
FRED DRASNER,

    Plaintiff,

              07 Civ. 5970

 -against-

SH ACOUSTICS, LLC and Steve Haas,  **RULE 7.1 STATEMENT**

    Defendants.
--------------------------------------------x

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certifies that that there are no corporate parents, affiliates and/or subsidiaries of Defendants.

Dated: New York, New York
   July 19, 2007

              HERRICK, FEINSTEIN LLP

              By: _____
                William H. Fried
                Orsolya Kore
                2 Park Avenue
                New York, New York 10016
                (212) 592-1400

              *Attorneys for Defendants SH Acoustics, LLC and Steve Haas*

TO: KATTEN MUCHIN ROSENMANN LLP
    Robet W. Gottlieb
    Steven Schiffman
    575 Madison Avenue
    New York, New York  10022
    (212) 940-8800
    ***Attorneys for Plaintiffs***