Robert W. Gottlieb (RG-4147)
Steven Shiffman (SS-3630)
KATTEN MUCHIN ROSENMAN LLP
Attorneys for Plaintiff
575 Madison Avenue
New York, NY 10022
(212) 940-8800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

FRED DRASNER,

                 Plaintiff,

- against -

SH! ACOUSTICS, LLC and STEVE HAAS

                 Defendants.

------------------------------------------------X

Index No. 07 CV 5970 (SHS)

**STIPULATION AND ORDER**

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel of record that Plaintiff's time to answer or otherwise move with respect to the counterclaims filed in this action is extended through and including August 23, 2007.

    **IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counterparts, a photocopy of this Stipulation is deemed an original for all purposes and facsimile signatures may be submitted to the Court in lieu of original signatures.

Dated: New York, New York
         August 10, 2007

KATTEN MUCHIN ROSENMAN LLP

By: _____
    Steven Shiffman (SS-3630)

*Attorneys for Plaintiff*
575 Madison Avenue
New York, New York 10022
(212) 940-8800

HERRICK, FEINSTEIN LLP

By: _____
    William R. Fried (WF 2106)

*Attorneys for Defendants*
2 Park Avenue
New York, New York 10016
(212) 592-1400

SO ORDERED 8/15/07

_____
SIDNEY A. STEIN
U.S.D.J.