# HERRICK

New York
Newark
Princeton



WILLIAM R. FRIED
COUNSEL
Direct Tel:  212.592.1684
Direct Fax: 212.545.3469

Email: wfried@herrick.com

November 6, 2007

**By Hand**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

      Re: Drasner v. SH! Acoustics, et al.
          Case No. 07 Civ. 5970 (SHS)
          Our File No. 12942-0001

Dear Judge Stein:

      We are counsel to Defendants SH! Acoustics and Steven Haas in the referenced action presently pending before you. The parties have been engaged in discovery including an exchange of documents and depositions pursuant to a discovery order signed by Your Honor on August 9, 2007. While the parties have also had some productive settlement discussions, I have recently learned that my client has been diagnosed with cancer and is required to undergo an aggressive chemotherapy procedure which will necessarily affect his ability to travel and to participate in discovery for approximately 2 months. I have spoken with counsel for Mr. Dransner and they have agreed to a joint request for a stay of all current deadlines. Accordingly, the parties jointly request that the discovery deadlines in the case be temporarily stayed, the conference scheduled for November 16, 2007 be adjourned, and a conference call scheduled for early December so we can provide the Court with an update on my client's status.

      Thank you for your consideration.

                            Respectfully submitted,

                            William R. Fried

WRF/mv

cc:   Katten Muchin Rosenman LLP
        Attn: Steve Shiffman, Esq. *(Via Telecopier)*
      Steve Haas *(Via E-mail)*

*Handwritten annotation:* The schedule will be discussed at the conference on 11/16/07 at 10 AM. SO ORDERED 11/6/07

SIDNEY H. STEIN
U.S.D.J.

HERRICK, FEINSTEIN LLP
A New York limited
liability partnership
including New York
professional corporations

2 PARK AVENUE, NEW YORK, NY 10016 • TEL 212.592.1400 • FAX 212.592.1500 • www.herrick.com