USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| FRED DRASNER, | : | 07 Civ. 5970 (SHS) |
| Plaintiff, | : | |
| -against- | : | <u>ORDER</u> |
| SH! ACOUSTICS LLC, *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that the next conference is scheduled for December 7, 2007, at 10:00 a.m.

Dated: New York, New York
       November 16, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.