```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FRED DRASNER,                           :       07 Civ. 5970 (SHS)

                Plaintiff,      :

-against-                               :       ORDER

SH! ACOUSTICS, LLC, *ET AL.*,           :

                Defendants.     :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

        1.     The deposition of Mr. Haas shall take place on January 16, 17, and 18, 2008;

        2.     The next pretrial conference is scheduled for February 29, 2008, at 10:00 a.m.; and

        3.     The last day for fact discovery is February 29, 2008. There will be no further extensions of the discovery deadline.

Dated: New York, New York
       December 6, 2007

                                              SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.