UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - x

FRED DRASNER,

                   Plaintiff,

-against-

SH ACOUSTICS, LLC AND STEVE HAAS,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - x

: 07 Civ. 5970 (SHS)

: **STIPULATION OF**
: **DISCONTINUANCE**
: **WITH PREJUDICE**

RECEIVED

FEB 2 8 2008

CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/8

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that all claims and counterclaims asserted in the above-captioned action be, and hereby are, discontinued with prejudice and without fees or costs as against any Party;

        IT IS FURTHER STIPULATED AND AGREED that this Stipulation of Discontinuance with Prejudice (the "Stipulation") may be executed in counterparts and that a facsimile copy of this Stipulation shall be as good and binding upon the parties as an original; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be

filed without further notice with the Clerk of the Court.

Dated: New York, New York
       February 28, 2008

KATTEN MUCHIN ROSENMAN LLP

By:

   Steven Shiffman

*Attorneys for Plaintiffs*
575 Madison Avenue
New York, NY 10022
(212) 940-8800

HERRICK FEINSTEIN LLP

By

    William R. Fried

*Attorneys For Defendants*
2 Park Avenue
New York, NY 10016
(212) 592-1400

2/28/08
So Ordered.

U.S.D.J.

2